# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORETTA JONES, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 2:15-cv-03460-NIQA** |
| ) | |
| PENN CREDIT CORPORATION, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: October 1, 2015

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 1st day of October, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

>Penn Credit Corporation
>916 S, 14th Street
>Harrisburg, PA 17104

>/s/ Craig Thor Kimmel
>Craig Thor Kimmel, Esquire
>PA Attorney ID No. 57100
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888 ext. 116
>Facsimile: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for Plaintiff